IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> *ex rel.* RANDLE, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KANSAS CITY, KANSAS ) <br> HOUSING AUTHORITY, ) <br> *et al.* ) <br> ) <br> Defendants. ) | Civil No. 25-cv-02286-TC-GEB <br><br> *SEALED* |

## **ORDER**

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B) (ECF No. 4), the Court rules as follows:

IT IS ORDERED that,

1. the Complaint (ECF No. 1) be unsealed and served upon the defendants by the relator;

2. this Order and the United States' Notice of Election to Decline Intervention (ECF No. 4) be unsealed, which the relator shall serve upon the defendants only after service of the Complaint;

3. the seal be lifted as to all other documents filed in this action all other matters occurring in this action after the date of this Order;

4. the parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

1

5. the parties shall serve all notices of appeal upon the United States;

6. all orders of this Court shall be sent to the United States; and that

7. should the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval.

IT IS SO ORDERED,

This 11th day of August, 2025.

s/ Toby Crouse_____
Toby Crouse
United States District Judge

Respectfully Submitted by:

RYAN A. KRIEGSHAUSER

United States Attorney
District of Kansas

By:

/s/ Jon P. Fleenor
JON P. FLEENOR #14002
Assistant United States Attorney
District of Kansas
500 State Ave., Suite 360
Kansas City, Kansas 66101
PH: 913.551.6730
FX: 913.551.6599
EM: Jon.Fleenor@usdoj.gov

*Attorneys for the United States of America*